**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Samuel Lopez
        Plaintiff,

v.

Namdar 126 Wyckoff LLC and
Levantine Shawarma, Inc.
        Defendants.

**24-cv-6192 (ENV)**

## <u>NOTICE OF VOLUNTARY DISMISSAL AGAINST ALL DEENDANTS</u>

Pursuant to F.R.C.P 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against all Defendants.

Dated: New York, New York

November 14, 2024

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 11/18/2024

/s/ Eric N. Vitaliano

Eric N. Vitaliano
United States District Judge

The Clerk of Court is directed to close this case.

/s/ Jennifer E. Tucek
Law Office of Jennifer E. Tucek, PC
Bar No. JT2817
614 Lexington Avenue, 15th Floor
New York, NY 10022
(917) 669-6991
TucekLaw@Gmail.com
*Attorney for the Plaintiff*

1